UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    -v.-

ELENE MICHEL,
    a/k/a "Elane Allonce,"

              Defendant.

- - - - - - - - - - - - - - - - - x

07 Cr.

**07 CRIM 1086**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 0 3 2007

INDICTMENT

## COUNT ONE

The Grand Jury charges:

From at least in or about February 2007, up to and including on or about July 12, 2007, in the Southern District of New York and elsewhere, ELENE MICHEL, a/k/a "Elane Allonce", the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been removed from the United States, subsequent to a conviction for commission of an aggravated felony, to wit, a conviction for Grand Larceny in the Fourth Degree, in violation of New York Penal Law 155.30, in New York State Supreme Court, Nassau County, on or about April 19, 2002, without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____  _____
FOREPERSON                       MICHAEL J. GARCIA
                                 United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ELENE MICHEL,
a/k/a "Elane Allonce",

Defendant.

INDICTMENT

07 Cr.

(8 U.S.C. § 1326(a) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

*Post IBT*

*RC 12/3/07* (Indictment filed; case assigned to Judge Preska)

*F Maas, USMJ*