

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 17, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08

RECEIVED
JAN 18 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

**By Hand and Facsimile – (212) 805-7941**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

> Re:  **United States v. Elene Michel, a/k/a "Elane Allonce"**
>      **07 Cr. 1086 (LAP)**

Dear Judge Preska:

   The Government writes to confirm that the February 12, 2008 status conference in this matter will be adjourned until March 25, 2008 at 2:00 p.m. The Government respectfully requests that time be excluded under the Speedy Trial Act through March 25, 2008, so that defense counsel can continue to have his client undergo any necessary psychiatric evaluations, and so that the Government and defense counsel can discuss a potential resolution of this matter. By telephone conference today, defense counsel consented to such an exclusion.

*The exclusion of time is in the interest of justice.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Lee Renzin
Lee Renzin
Assistant U.S. Attorney
(212) 637-2723
(212) 637-2527 (fax)

**SO ORDERED**
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
January 25, 2008

cc: David A. Bythewood, Esq.
    85 Willis Avenue, Suite J
    Mineola, New York 11501
    *Counsel for the defendant*