

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 24, 2008

**BY FACSIMILE**

The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08
```

      Re:    **United States v. Elene Michel,**
             **07 Cr. 1086 (LAP)**

Dear Judge Preska:

      The Government respectfully writes to request that the March 25, 2008 status conference in the above-referenced case be adjourned until April 29, 2008, at 2:30 p.m. This is the second request for an adjournment, and is made by both parties so that defense counsel can continue to have his client undergo any necessary psychiatric evaluations, and the Government and defense counsel can discuss a potential resolution of this matter. The Court granted the parties' previous request by endorsement of the Government's letter on January 25, 2008.

      The Government also respectfully requests that the Court exclude time, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), from today through April 29, 2008, for the reasons stated above. David A. Bythewood, Esq., counsel for the defendant, has consented to the exclusion of time through April 29th.

SO ORDERED

*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*March 25, 2008*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: *[signature]*
Lee Renzin
Assistant United States Attorney
(212) 637-2423
(212) 637-2527 (fax)

cc:    David A. Bythewood, Esq. (By E-Mail)