David A. Bythewood, Esq.
ATTORNEYS AND COUNSELLORS AT LAW
85 WILLIS AVENUE, SUITE J
MINEOLA, NEW YORK 11501
TELEPHONE: (516) 741-0066
FACSIMILE: (516) 741-0072

April 24, 2008

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

Re: United States v. Elene Michel a/k/a Elene Allonce
07 Cr. 1086 (LAP)

Dear Judge Preska:

I am the defense attorney for the above referenced defendant who is also under indictment in the Southern District of New York. The S.D.N.Y. judge is Judge Bianco.

As your honor may recall, this defendant has psychiatric issues which first were believed to be limited to Dissociative Fugue. She has now been diagnosed by Eric Plakun, M. D. with Dissociative Fugue and it appears that she also suffers from Dissociative Personality Disorder *(a multiple personality disorder)*. Both of these issues have been among the subjects of motion practice before Judge Bianco. Her has now ordered that she undergo a competency test and, I believe, for that purpose she has now been transferred from MDC to MCC. Also, the work of Dr. Plakun will continue for the purpose if determinations concerning the Dissociative Personality Disorder.

As a consequence of all of the above and the fact that your honor as this above referenced matter for an appearance this April 29, 2008, it is respectfully requested that the April 29, 2008, date be adjourned for at least a month. For the purpose of this adjournment the defendant agrees to waive speedy trail as before. Also, yesterday I did have a telephone conversation with A.U.S.A. Lee Renzin on this matter. He and I both concur with the need to adjourn this matter.

Thank you.

Sincerely,

David A. Bythewood (DB -2814)

cc: A.U.S.A. Lee Renzin