07 CR 1086

# David A. Bythewood

85 Willis Avenue
Suite J
Mineola, N.Y. 11501
Tel. No. 1-516-741-0066
Fax No. 1-516-741-0072

# FAX

*ATTORNEY COMMUNICATIONS - CONFIDENTIAL*

Date: May 30, 2008

To: Judge L. Preska, SDNY
Attn: Meghan
Fax No. (212) 805-7941

From: David A. Bythewood, Esq.

Subject: US v. Elene Michel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08

Dear Judge Preska:

In regard to the adjournment of the above referenced matter, my client, Elene Michel, waives speedy trial to July 15, for the purpose of her case being adjourned, at her request, for further mental evaluation.

*The conference shall be held on July 14 at 4:00pm. Time is excluded until that date under the Speedy Trial Act in the interests of justice to permit requested mental evaluations.*

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
June 3, 2008

Sincerely,
David A. Bythewood, Esq.

Pages: 1

This fax contains privileged information intended only for the use of the individual or entity it is addressed to above. If the reader of this fax is not the addressee or the addressee's agent or employee, you are hereby notified that any dissemination or copying of this fax is strictly prohibited. If you received this fax in error, please immediately notify us by telephone and return the original fax to this sender, at the above address by way of the U.S. Mail.