# David A. Bythewood, Esq.

ATTORNEYS AND COUNSELLORS AT LAW
85 WILLIS AVENUE, SUITE J
MINEOLA, NEW YORK 11501
TELEPHONE: (516) 741-0046
FACSIMILE: (516) 741-0072

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08

July 2, 2008

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

Re: <u>United States v. Elene Michel a/k/a Elene Allonce</u>
07 Cr. 1086 (LAP)

Dear Judge Preska:

I am the defense attorney for the above referenced defendant who is also under indictment in the Southern District of New York. The S.D.N.Y. judge is Judge Bianco.

As your honor may recall, this defendant has psychiatric issues which first were believed to be limited to Dissociative Fugue. She has now been diagnosed by Eric Plakun, M. D. with Dissociative Fugue and it appears that she also suffers from Dissociative Personality Disorder *(a multiple personality disorder)*.

Judge Bianco ordered a competency evaluation which evaluation found the defendant competent so long as Dissociative Fugue and Dissociative Personality disorders had been ruled out. So, the examination did not advance the matter. The process of making a diagnosis on the Dissociative Personality Disorder must still take place.

Dr. Plakun has now advised that he will not be seeing the defendant until the end of July, 2008. So I am respectfully requesting an adjournment and consent to the defendants waiver of speedy trial. I must also request a longer than usual adjournment because I will be getting married in August 8, 2008. Consequently, I am requesting the matter be adjourned until some date after August 20, 2008. I was not able to reach Lee Renzin but will fax this to him this evening since I am in Boston on a matter tomorrow.

My Secretary will electronically file this tomorrow.
Thank you.

Sincerely,

David A. Bythewood (DB -2814)

cc: A.U.S.A. Lee Renzin

---

*[Handwritten order:]* The conference is adjourned to August 21 at 10:00 am. Time is excluded until that date from calculation under the Speedy Trial Act in order to continue defendant's psychiatric examination. Such exclusion is in the interests of justice.

SO ORDERED

July 8, 2008

Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE