U.S. Department of Justice



United States Attorney
Southern District of New York

MEMO ENDORSED

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

August 12, 2008

RECEIVED

LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

**By Hand**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

Re: **United States v. Elene Michel, a/k/a "Elane Allonce"**
    **07 Cr. 1086 (LAP)**

Dear Judge Preska:

① The Government writes to confirm that the August 21, 2008 status conference in this matter will be adjourned until September 4, 2008 at 3:30 p.m. The Government respectfully requests that time be excluded under the Speedy Trial Act through September 4, 2008, so that ② defense counsel can continue to have his client undergo any necessary psychiatric evaluations, and so that the Government and defense counsel can discuss a potential resolution of this matter. By telephone conference today, defense counsel consented to such an exclusion, as well as to the adjournment.

*Such exclusion is in the interests of justice*

Respectfully submitted,

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*August 14, 2008*

MICHAEL J. GARCIA
United States Attorney

By: _____
Lee Renzin
Assistant U.S. Attorney
(212) 637-2723

cc: David A. Bythewood, Esq. (By U.S. Mail)
    170 Old Country Road, Suite 300
    Mineola, New York 11501
    *Counsel for the defendant*